UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEICO MARINE INSURANCE COMPANY, EMERALD DAZ, LLC, AND STEVEN P. KENNEDY | * * * * | Docket No.<br><br>JUDGE: |
| VERSUS | * * | MAG. JUDGE: |
| CUMMINS, INC. | * * | Admiralty – Rule 9(h) |

**COMPLAINT FOR DAMAGES**

**TO THE HONORABLE JUDGES OF THE EASTERN DISTRICT OF LOUISIANA:**

**NOW INTO COURT,** by and through undersigned counsel, come GEICO Marine Insurance Company, Emerald Daz, LLC, and Steven P. Kennedy who, file this Complaint for Damages and respectfully allege as follows:

**I.**

This is a case of admiralty and maritime jurisdiction under 28 U.S.C. § 1333 and is filed pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and all as hereinafter more fully appears.

**II.**

Venue is proper pursuant to 28 U.S.C. § 1391(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

**III.**

GEICO Marine Insurance Company (hereafter "GEICO Marine") is a foreign insurer licensed to do and doing business in the State of Louisiana.

{N1965897 -}

IV.

Emerald Daz, LLC (hereafter "Emerald Daz") is a single member Louisiana liability company owned by Steven P. Kennedy. Its principal place of business is in Plaquemines Parish, Louisiana.

V.

Steven P. Kennedy is an individual of the full age of majority and a Louisiana resident.

VI.

Cummins, Inc. (hereafter "Cummins") is a domestic corporation, licensed to do and doing business in the State of Louisiana, with its principal place of business located at 500 Jackson Street, Columbus, Indiana 47201.

VII.

Emerald Daz and Steven P. Kennedy are the owner of M/V PAINT BUCKET, a 2020 41' Albemarle 410 Express Fisherman recreational fishing vessel bearing Hull Identification Number EDE41061F920 (hereafter, "the vessel").

VIII.

The vessel was equipped with an Onan 9 Kw marine generator, Model MDKDL 1894060, Serial Number 108454298, manufactured by Cummins (hereafter, "the generator").

IX.

GEICO Marine issued a policy of marine insurance, Policy No. BUS6214858-02, to Emerald Daz and Steven P. Kennedy, with a policy period from June 1, 2021 to June 1, 2022, which provided hull and equipment coverage on the vessel (hereafter, "the Policy").

**X.**

On September 22, 2021, the vessel was on the navigable waters of the Inner Harbor Navigation Canal in Orleans Parish.

**XI.**

On that date, Mr. Kennedy started the vessel's main engines and then started the generator.

**XII.**

The generator immediately displayed error codes and its alarms sounded.

**XIII.**

Mr. Kennedy checked the generator and saw smoke coming from the genset.

**XIV.**

Mr. Kennedy grabbed a portable fire extinguisher and put out the fire.

**XV.**

The fire was caused by the generator's windings, which were not properly insulated.

**XVI.**

The fire caused significant physical damage to the vessel.

**XVII.**

Under general maritime law, which incorporates Restatement (Second) of Torts §402(A), Cummins is a seller engaged in the business of selling the generator.

**XVIII.**

Under general maritime law, which incorporates Restatement (Second) of Torts §402(A), the generator was unreasonably dangerous or defective when it left Cummins' control because it had a manufacturing defect which deviated in a material way from required specifications and applicable industry and performance standards.

**XIX.**

Under general maritime law, which incorporates Restatement (Second) of Torts §402(A), the generator was unreasonably dangerous or defective when it left Cummins' control because it had a design defect which deviated in a material way from required specifications and applicable industry and performance standards.

**XX.**

Under general maritime law, which incorporates Restatement (Second) of Torts §402(A), the generator was unreasonably dangerous or defective when it left Cummins' control because it failed to warn a potential user that it had a manufacturing defect which deviated in a material way from required specifications and applicable industry and performance standards.

**XXI.**

Under general maritime law, which incorporates Restatement (Second) of Torts §402(A), the generator was unreasonably dangerous or defective when it left Cummins' control and was placed on the vessel without substantial change in the condition in which it was sold.

**XXII.**

Pursuant to the terms and conditions of the Policy, GEICO Marine paid Emerald Daz and Steven P. Kennedy for the physical damage to the insured vessel caused by the generator fire.

**XXIII.**

Pursuant to the terms and conditions of the Policy, by virtue of these payments, GEICO Marine has a conventional and legal right of subrogation to recover the amounts it paid to Emerald Daz and Steven P. Kennedy for the damages they sustained because of the generator fire on September 22, 2021.

**XXIV.**

Emerald Daz and Steven P. Kennedy also assert a claim for damages against Cummins for losses they sustained which are not covered under the Policy and therefore not paid by GEICO Marine.

**XXV.**

All and singular the premises are true and within the Admiralty and Maritime jurisdiction of the United States, and of this Honorable Court, as an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, GEICO Marine Insurance Company, Emerald Daz, LLC, and Steven P. Kennedy pray that their Complaint be deemed good and sufficient and that after due proceedings had, there be judgment in their favor and against Cummins, Inc. for compensatory and other appropriate damages, with legal interest thereon from date of loss until paid, for all costs of this proceeding and all other relief as may be just and equitable in the premises.

Respectfully submitted:

*/s/ Jedd S. Malish*
**JEDD S. MALISH, T.A. (La. Bar #23846)**
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: jmalish@kingjurgens.com

Counsel for GEICO Marine Insurance Company, Emerald Daz, LLC, and Steven P. Kennedy

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jedd S. Malish
Jedd S. Malish